IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates to:<br><br>ROBERT S. PAGE and PAULA PAGE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ARMSTRONG INTERNATIONAL, INC., et al.,<br><br>　　　　　Defendants.<br><br>U.S.D.C., Eastern District of North Carolina<br>Civil Action No. 5:10cv158 | CIVIL ACTION NO. MDL 875<br><br><br><br>JURY TRIAL BY TWELEVE JURORS DEMANDED |

**ENTRY OF APPEARANCE
AND ANSWER TO COMPLAINT**

In accordance with the Order entered by the Honorable Charles R. Weiner on August 20, 1986, <u>In Re: Asbestos Litigation</u>, Misc. Docket No. 86-0457 (E.D. Pa.), and all subsequent amendments thereto (collectively, "Order"), this document serves as Defendant Daikin U.S. Corporation's ("Daikin") Answer to Plaintiffs' Complaint and Entry of Appearance through its undersigned counsel.

In response to Plaintiffs' Complaint, Defendant Daikin incorporates all applicable terms of the Order herein by reference whereby each and every allegation, cause of action, theory of recovery and/or liability and claim of damages contained in said Complaint, is denied by Defendant Daikin insofar as said allegations, causes of action, theories, and/or claims pertain, or may be deemed to pertain, in any manner to it.

Defendant Daikin also incorporates all of the Asbestos Defendants' Master Affirmative Defenses, including all amendments and supplements thereto, herein by reference in bar of all claims, causes of action, theories of recovery and alleged damages asserted by Plaintiffs in their Complaint. In accordance with the Order, any and all cross-claims for contribution and/or indemnity are deemed automatically denied by Defendant Daikin without the necessity of filing an answer thereto.

TO THE CLERK:

Kindly enter our appearance on behalf of Defendant Daikin.

Dated: May 13, 2010.

Respectfully submitted,

By /s/ Mark E. Anderson
Mark E. Anderson
McGuireWoods LLP
Two Hannover Square
Suite 2600
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
Email: manderson@mcguirewoods.com
N.C. State Bar No. 15764
*Attorneys for Daikin U.S. Corporation d/b/a McQuay International*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Janet Ward Black
jwblack@wardblacklaw.com

                                              Respectfully submitted,

                                              By /s/ Mark E. Anderson
                                                  Mark E. Anderson

\11278917.2